SHIRLEY WOODS ET AL. *v.* JOHN WODECKI

INGLIS, C. J., BALDWIN, O'SULLIVAN, WYNNE and DALY, Js.

Argued May 5—decided June 7, 1955

*Sebastian J. Russo,* for the appellants (plaintiffs).

*Robert Y. Pelgrift,* for the appellee (defendant).

PER CURIAM. There is no error.